LOVELL, LOVELL, ISERN & FARABOUGH, L.L.P.
Joe L. Lovell, State Bar No. 12609100
Matthew S. Merriott, State Bar No. 24100846
112 West 8th Avenue, Suite 1000
Amarillo, Texas  79101-2314
Telephone:  806/373-1515
Facsimile:  806/379-7176
*Attorneys for Defendants*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| STEPHEN MICHAEL GALMOR, | § § | CASE NO. 18-20209 |
| *Debtor.* | § § | |

| | | |
|---|---|---|
| LESLIE PRITCHARD, Individually and/or Derivatitely on Behalf of the ESTATE OF SHIRLEY JO GALMOR, GALMOR FAMILY LIMITED PARTNERSHIP, GALMOR MANAGEMENT LLC., BOBBY DON AND SHIRLEY JO GALMOR LIVING TRUST, GALMOR FAMILY TRUST, AND GALMOR CONTRIBUTION TRUST, | § § § § § § § § § § § | |
| *Plaintiff,* | § § | ADVERSARY NO. 18-02010 |
| v. | § § | |
| MICHAEL STEPHEN GALMOR AND GALMOR'S/G&G STEAM SERVICE, INC. | § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICES OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of LOVELL, LOVELL, ISERN & FARABOUGH, L.L.P. ("LLIF"), appearing as lead counsel on behalf of Stephen Michael Galmor and

___

Galmor's/G&G Steam Service, Inc., Defendants in the above-referenced case. All notices given or required to be given in this case shall be served upon LLIF as follows:

>Matthew S. Merriott
>matthew@lovell-law.net
>Joe L. Lovell
>joe@lovell-law.net
>LOVELL LOVELL ISERN & FARABOUGH, LLP
>112 West 8th Avenue, Suite 1000
>Amarillo, Texas 79101-2314
>Phone: (806) 373-1515
>Fax:    (806) 379-7176

LLIF hereby submits this Notice of Appearance in the above-captioned case, and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and § 342 of the Bankruptcy Code

DATED this 22nd day of March, 2019.

>Respectfully submitted,
>
>LOVELL LOVELL ISERN & FARABOUGH, LLP
>Joe L. Lovell, State Bar No. 12609100
>Matthew S. Merriott, State Bar No. 24100846
>112 SW 8th Avenue, Suite 1000
>Amarillo, Texas 79101-2314
>Phone: (806) 373-1515
>Fax:    (806) 379-7176
>
>By:____/s/ *Matthew S. Merriott*_____
>          Matthew S. Merriott
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 22nd day of March, 2019, a true and correct copy of the foregoing document was served on counsel of record, via efiling service and/or email, as follows:

Mr. Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
*Attorneys for Plaintiff Leslie Pritchard, et al.*

                    */s/ Matthew S. Merriott*
                      Matthew S. Merriott